

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JEFFERY MICHAEL HILLIARD,    )
    )
    Plaintiff,    )
    )
    v.    )    Civil Action No.  **10 0783**
    )
UNITED STATES DISTRICT COURT FOR    )
THE SOUTHERN DISTRICT OF TEXAS, *et al.,*    )
    )
    Defendants.    )

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner,* 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch,* 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano,* 75 F.R.D. 497, 498 (D.D.C. 1977).

1



Although the plaintiff's complaint asserts violations of various provisions of the United States Constitution, federal statutes, and Texas law, the pleading sets forth no factual allegations to support any of these claims. In addition, plaintiff demands injunctive relief, yet fails to articulate what form such relief should take. For these reasons, the complaint fails to comply with Rule 8(a), and, therefore, it will be dismissed.

An Order consistent with this Memorandum Opinion is issued separately.

United States District Judge

DATE: 5/12/10